AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV118-062

BRENDA D. PALMER,
d/b/a A'S SPORTS BAR,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's order of July 2, 2018, granting in part and denying in part Plaintiff's motion for default judgment, the Court hereby enters judgment in favor of Plaintiff J&J Sports Productions, Inc. and against Brenda D. Palmer, d/b/a A's Sports Bar in the amount of Three Thousand Four Hundred Forty Four Dollars and no/100 ($3,445.00) for statutory damages and attorney's fees. This case stands closed.

July 2, 2018  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03